# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| EDWARD THOMPSON, JR., § § Plaintiff, § § v. § § PLANET HOME LENDING, LLC, § et al., § § Defendants. § | CIVIL ACTION NO. 4:25-CV-01144-SDJ-AGD |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 23, 2025, the Report of the Magistrate Judge, (Dkt. #5), was entered containing proposed findings of fact and recommendation that *pro se* Plaintiff Edward Thompson, Jr.'s Emergency Motion for Temporary Restraining Order and for Expedited Hearing on Motion for Preliminary Injunction (Dkt. #3) be denied.

On October 28, 2025, Plaintiff filed timely objections to the Report (Dkt. #7). The Court has conducted a de novo review of Plaintiff's objections and the portions of the Report to which Plaintiff specifically objects, along with all other relevant pleadings. Having done so, the Court is of the opinion that the findings of the

Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that *pro se* Plaintiff Edward Thompson, Jr.'s Emergency Motion for Temporary Restraining Order and for Expedited Hearing on Motion for Preliminary Injunction (Dkt. #3) is **DENIED**. It is further **ORDERED** that, in light of the foregoing, Plaintiff's Notice of Filing Objection to Report and Recommendation and Lodging of Proposed Order; Request for Expedited Hearing (Dkt. #8) is hereby **DENIED**.

**So ORDERED and SIGNED this 21st day of December, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE