**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| EDWARD THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>PLANET HOME LENDING, LLC, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-CV-01144-SDJ-AGD |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 16, 2026, the Report of the Magistrate Judge, (Dkt. #30), was entered containing proposed findings of fact and recommendation that Defendants LOGS Legal Group LLP's and Grant Tabor's Motion to Dismiss (Dkt. #20) be granted; that Defendant Planet Home Lending, LLC's Motion for More Definite Statement (Dkt. #10) and Plaintiff's Motion for Partial Summary Judgment (Dkt. #28) be denied as moot; that Plaintiff's case be dismissed without prejudice as to Planet Home Lending and dismissed with prejudice as to LOGS Legal Group LLP and Grant Tabor; and that—should the District Court adopt the Report and Recommendation—Plaintiff be granted the opportunity to file an Amended Complaint as to his claims against Defendant Planet Home Lending. The Report finally recommended that Plaintiff's Amended Complaint should be filed

within fourteen (14) days of the District Court's adoption of the Report and Recommendation, should the District Court be so inclined.

On July 28, 2026, Plaintiff filed objections to the Report (Dkt. #31). The Court has conducted a de novo review of Defendant's objections (Dkt. #31). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Defendants LOGS Legal Group LLP's and Grant Tabor's Motion to Dismiss (Dkt. #20) is **GRANTED**; that Defendant Planet Home Lending, LLC's Motion for More Definite Statement (Dkt. #10) and Plaintiff's Motion for Partial Summary Judgment (Dkt. #28) are **DENIED AS MOOT**; that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** as to Planet Home Lending and **DISMISSED WITH PREJUDICE** as to LOGS Legal Group LLP and Grant Tabor; and that Plaintiff is **GRANTED** the opportunity to file an Amended Complaint as to his claims against Defendant Planet Home Lending, only. Plaintiff's Amended Complaint must be filed within fourteen (14) days of the entry of this Order. Failure to do so will result in the dismissal of this lawsuit.

**So ORDERED and SIGNED this 29th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE